1  MOLLY M. REZAC
   Nevada Bar No. 7435
2  molly.rezac@ogletreedeakins.com
   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
3  50 West Liberty Street
   Suite 920
4  Reno, NV  89501
5  Telephone:  775.440.2372
   Fax:  775.440.2376
6
7  *Attorney for Defendant*
   *PCC Structurals, Inc.*

8
9                  UNITED STATES DISTRICT COURT

10                 FOR THE DISTRICT OF NEVADA

11  MEGHAN HILL,                          Case No.:  3:19-cv-00699-MMD-WGC

12              Plaintiff,

13  vs.                                   **STIPULATION AND ORDER TO
                                          EXTEND TIME FOR DEFENDANT TO
                                          RESPOND TO PLAINTIFF'S
14  PCC STRUCTURALS, INC.                 COMPLAINT AND JURY DEMAND**
    and DOES I-X,
15                                        *(First Request)*

16              Defendants.

17

18          Pursuant to L.R. I.A. 6-1, 6-2, and L.R. 7-1, Plaintiff Meghan Hill ("Plaintiff") and

19  Defendant PCC Structurals, Inc. ("Defendant") (collectively, the "Parties"), by and through their

20  respective counsel hereby stipulate and agree to extend the time for Defendant to file a response to

21  Plaintiff's Complaint and Jury Demand ("Complaint"), from December 13, 2019 to January 15,

22  2020.  Defense counsel respectfully requests the extension due to counsel's vacation schedule, the

23  holidays, as well as the need to have adequate time to investigate the facts of this matter and

24  prepare a response to Plaintiff's Complaint.  This is the Parties' first request to extend the time for

25  Defendant to respond to Plaintiff's Complaint.

26  . . .

27  . . .

28  . . .

                                            1

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
WELLS FARGO TOWER
SUITE 1500, 3800 HOWARD HUGHES PARKWAY
LAS VEGAS, NV 89169
TELEPHONE: 702.369.6800

This requested extension of time is sought in good faith and not for purposes of causing any undue delay.

Dated this 12th day of December, 2019.

LAW OFFICE OF MARK MAUSERT

*/s/ Mark Mausert*
Mark Mausert, Esq.
Nevada Bar No. 2398
729 Evans Avenue
Reno, NV  89512
Telephone:  775.786.5477
*Attorney for Plaintiff Meghan Hill*

Dated this 12th day of December, 2019.

OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.

*/s/ Molly M. Rezac*
Molly M. Rezac
Nevada Bar No. 7435
50 West Liberty Street
Suite 920
Reno, NV 89501
Telephone:  775.440.2372
*Attorney for Defendant PCC Structurals, Inc.*

## ORDER

IT IS SO ORDERED.

William G. Cobb

UNITED STATES MAGISTRATE JUDGE

DATED:   December 13, 2019